FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 15 2013 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
DERICK HERNANDEZ,

          Plaintiff,

  -against-

INGRAM 2610, CARPIO 3003, MCCAIN 116, and WILLIAMS 2947,

          Defendants.
------------------------------------------------------X

ORDER
13-CV-3627 (JFB)(ARL)

JOSEPH F. BIANCO, District Judge:

On June 24, 2013, plaintiff commenced an action alleging a violation of his Constitutional rights pursuant to 42 U.S.C. § 1983. Plaintiff's complaint was accompanied by an application to proceed *in forma pauperis*. By letter, dated June 27, 2013, plaintiff was informed that his complaint was deficient because he failed to file a Prisoner Authorization Form, and that he had 14 days from the date of the deficiency notice to cure his deficiency. Plaintiff filed his Prisoner Authorization Form on July 3, 2013.

Upon review of plaintiff's declaration in support of his application to proceed *in forma pauperis*, the Court determines that plaintiff's financial status qualifies him to commence this action without prepayment of the filing fees. *See* 28 U.S.C. § 1915(a)(1). Therefore, plaintiff's request to proceed *in forma pauperis* is GRANTED.

The Clerk of Court is directed to forward copies of the summons, complaint and this Order to the United States Marshal Service for service upon the defendants without prepayment of fees, and to serve notice of entry of this Order in accordance with Rule 77(d)(1) of the Federal Rules of Civil Procedure by mailing a copy of this Order to the *pro se* plaintiff at his last known address, *see* Fed. R. Civ. P. 5(b)(2)(c).

SO ORDERED.

Joseph F. Bianco
United States District Judge

Dated: July 15, 2013
Central Islip, New York